# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| Brian Webb,<br><br>    Plaintiff,<br><br>v.<br><br>Scottsdale Collection Services, LLC,<br><br>    Defendant. | Case No. 6:10-cv-1413-GAP-DAB<br><br><br><br>**NOTICE OF DISMISSAL<br>WITHOUT PREJUDICE** |

Now comes Plaintiff, by and through counsel, and pursuant to Fed. R. 41(a)(1)(A)(i) hereby dismisses the present action without prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, LLP

By: /s/ Helene Karen Gatto
    Helene Karen Gatto
    Bar # 0190527
    2901 West Busch Blvd, Suite 701
    Tampa, FL 33618
    Telephone:  866-339-1156
    Email:  kga@legalhelpers.com
    Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 16, 2010, my firm served Defendant with the foregoing Notice by depositing a copy of the same in the United States mail addressed as follows:

Scottsdale Collection Services  
2501 W. Dunlap Avenue, Suite 240  
Phoenix, AZ 85021

                                                /s/ Helene Karen Gatto