**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BRIAN WEBB,**

                **Plaintiff,**

**-vs-**                                                   **Case No. 6:10-cv-1413-Orl-31DAB**

**SCOTTSDALE COLLECTION**
**SERVICES, LLC,**

                **Defendant.**

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Notice of Dismissal without Prejudice (Doc. No. 6), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed without prejudice, each party to bear its own fees and costs. Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on November 17, 2010.

                                                                    GREGORY A. PRESNELL
                                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party